**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DUKE UNIVERSITY,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:25-CV-11233

# EXHIBIT 1 TO THE COMPLAINT

**DUKE UNIVERSITY**

<u>EXHIBIT 1</u>                                    <u>TRADEMARK REGISTRATION SUMMARY</u>

## DUKE UNIVERSITY AND BLUE DEVILS

### TRADEMARKS

| (U.S. Reg. No. 1,411,286) | (U.S. Reg. No. 1,411,429) | (U.S. Reg. No. 1,701,827) |
|---|---|---|
| BLUE DEVILS | BLUE DEVILS |  |
| Classes 016, 021, 028 | Class 025 | Classes 020, 021, 025 |
| Registration Date: Sep. 30, 1986 | Registration Date: Sep. 30, 1986 | Registration Date: Jul. 21, 1992 |

| (U.S. Reg. No. 1,702,830) | (U.S. Reg. No. 1,703,029) | (U.S. Reg. No. 1,707,766) |
|---|---|---|
|  |  |  |
| Classes 006, 016, 018, 024 | Classes 009, 014, 025 | Classes 006, 020, 025 |
| Registration Date: Jul. 28, 1992 | Registration Date: May 05, 1992 | Registration Date: Aug. 18, 1992 |

| (U.S. Reg. No. 1,737,968) | (U.S. Reg. No. 1,742,734) | (U.S. Reg. No. 2,026,492) |
|---|---|---|
|  |  |  |
| Classes 006, 011, 012, 014, 016, 018, 020, 021, 024, 025, 027, 028 | Classes 006, 009, 014, 016, 020, 021, 025, 026, 028 | Class 025 |
| Registration Date: Dec. 08, 1992 | Registration Date: Dec. 29, 1992 | Registration Date: Dec. 31, 1996 |

1

**DUKE UNIVERSITY**

## DUKE UNIVERSITY AND BLUE DEVILS

### TRADEMARKS

| (U.S. Reg. No. 2,082,553) | (U.S. Reg. No. 2,092,314) | (U.S. Reg. No. 2,317,603) |
|---|---|---|
|  |  |  |
| Class 028 | Class 024 | Class 041, 042 |
| Registration Date: Jul. 22, 1997 | Registration Date: Aug. 26, 1997 | Registration Date: Feb. 15, 2000 |
| (U.S. Reg. No. 2,820,854) | (U.S. Reg. No. 3,157,222) | (U.S. Reg. No. 3,878,213) |
|  |  |  |
| Classes 009, 014, 016, 021, 025 | Class 025 | Class 016 |
| Registration Date: Mar. 09, 2004 | Registration Date: Oct. 17, 2006 | Registration Date: Nov. 16, 2010 |
| (U.S. Reg. No. 3,936,096) | (U.S. Reg. No. 4,172,132) | (U.S. Reg. No. 4,274,183) |
|  |  |  |
| Class 025 | Class 025 | Classes 014, 025 |
| Registration Date: Mar. 29, 2011 | Registration Date: Jul. 10, 2012 | Registration Date: Jan. 15, 2013 |

### DUKE UNIVERSITY

# DUKE UNIVERSITY AND BLUE DEVILS

## TRADEMARKS

| (U.S. Reg. No. 5,044,515) | (U.S. Reg. No. 5,335,576) | (U.S. Reg. No. 5,440,856) |
|---|---|---|
|  | DUKE | BLUE DEVIL |
| Classes 025, 041 | Classes 006, 008, 009, 011, 012, 014, 016, 018, 020, 021, 022, 026, 027, 028 | Classes 025, 041 |
| Registration Date: Sep. 20, 2016 | Registration Date: Nov. 14, 2017 | Registration Date: Apr. 10, 2018 |

| (U.S. Reg. No. 5,440,857) | (U.S. Reg. No. 5,472,647) | (U.S. Reg. No. 5,568,287) |
|---|---|---|
| BLUE DEVILS | DUKE | DUKE |
| Class 041 | Class 024 | Classes 035, 036, 039, 041, 042, 043, 044, 045 |
| Registration Date: Apr. 10, 2018 | Registration Date: May 22, 2018 | Registration Date: Sep. 25, 2018 |

| (U.S. Reg. No. 6,585,734) | (U.S. Reg. No. 6,698,290) | (U.S. Reg. No. 6,834,823) |
|---|---|---|
|  |  |  |
| Class 025 | Class 041 | Classes 016, 025, 035 |
| Registration Date: Dec. 14, 2021 | Registration Date: Apr. 12, 2022 | Registration Date: Aug. 30, 2022 |

**DUKE UNIVERSITY**

EXHIBIT 1                    TRADEMARK REGISTRATION SUMMARY – CONTINUED

## DUKE UNIVERSITY AND BLUE DEVILS

### TRADEMARKS

| (U.S. Reg. No. 1,703,267) | (U.S. Reg. No.1,703,433) | (U.S. Reg. No. 1,724,999) |
|---|---|---|
|  |  |  |
| Classes 016, 020, 025 | Class 025 | Classes 006, 008, 009, 012, 015, 016, 018, 020, 021 |
| Registration Date: July 28, 1992 | Registration Date: July 28, 1992 | Registration Date: Oct. 20, 1992 |
| (U.S. Reg. No. 2,122,067) | (U.S. Reg. No. 6,925,725) | (U.S. Reg. No. 7,753,184) |
|  |  |  |
| Classes 016, 021 | Classes 016, 025, 035 | Class 025 |
| Registration Date: Dec. 16, 1997 | Registration Date: Dec. 13, 2022 | Registration Date: Apr. 08, 2025 |

## DUKE UNIVERSITY

EXHIBIT 1                                                    U.S. REGISTRATION NO. 1,411,286

Int. Cls.: 16, 21 and 28

Prior U.S. Cls.: 2, 22, 33, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 1,411,286
Registered Sep. 30, 1986

### TRADEMARK
### PRINCIPAL REGISTER

### BLUE DEVILS

DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: PAPER NAPKINS, DECALS, PAPER PENNANTS, BULLETIN BOARDS, PENCILS, PENS, AND WRITIG PAPER, IN CLASS 16 (U.S. CLS. 37, 38 AND 50).

FIRST USE 0–0–1949; IN COMMERCE 0–0–1949.

FOR: SERVING TRAYS, TRASH CANS, MUGS, DRINKING GLASSES, AND CUPS, IN CLASS 21 (U.S. CLS. 2 AND 33).

FIRST USE 0–0–1949; IN COMMERCE 0–0–1949.

FOR: SPORT BALLS, CHRISTMAS TREE ORNAMENTS, AND STUFFED TOY ANIMALS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 0–0–1952; IN COMMERCE 0–0–1952.

SER. NO. 588,037, FILED 3–14–1986.

SUE CARRUTHERS, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                    U.S. REGISTRATION NO. 1,411,429

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,411,429
Registered Sep. 30, 1986

### TRADEMARK
### PRINCIPAL REGISTER

### BLUE DEVILS

DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY SHIRTS, PANTS, JACKETS, SOCKS, BIBS AND HEADWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1949.

SER. NO. 587,834, FILED 3–13–1986.

ERIC WACHSPRESS, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                    U.S. REGISTRATION NO. 1,701,827

Int. Cls.: 20, 21 and 25

Prior U.S. Cls.: 2, 30, 32 and 39

Reg. No. 1,701,827

## United States Patent and Trademark Office

Registered July 21, 1992

### TRADEMARK
### PRINCIPAL REGISTER

# Duke
# University

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
DURHAM, NC 27706

FOR: PILLOWS, IN CLASS 20 (U.S. CL. 32).
FIRST USE 0–0–1925; IN COMMERCE 0–0–1965.

FOR: CUPS, IN CLASS 21 (U.S. CLS. 2 AND 30).

FIRST USE 0–0–1965; IN COMMERCE 0–0–1965.
FOR: SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1925; IN COMMERCE 0–0–1965.

SER. NO. 74–208,935, FILED 10–1–1991.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                          U.S. REGISTRATION NO. 1,702,830

Int. Cls.: 6, 16, 18 and 24

Prior U.S. Cls.: 2, 3, 13, 25, 32, 37, 38, 42 and 50

**United States Patent and Trademark Office**   Reg. No. 1,702,830
Registered July 28, 1992

### TRADEMARK
### PRINCIPAL REGISTER

## Duke University

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION) DURHAM, NC 27706

FOR: KEY RINGS MADE PRIMARILY OF METAL AND METAL LICENSE PLATES, IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: BUSINESS CARD HOLDERS, DECALS, POSTCARDS, NOTEPAPER, ENVELOPES, STATIONERY, NOTEBOOKS, LOOSE LEAF BINDERS, PENS, PENCILS, PEN AND PENCIL SETS AND PAPER BAGS, IN CLASS 16 (U.S. CLS. 2, 37 AND 38).

FIRST USE 0-0-1925; IN COMMERCE 0-0-1965.

FOR: TRUNKS FOR TRAVELING, TRAVEL BAGS, AND TOILETRY CASES SOLD EMPTY, IN CLASS 18 (U.S. CLS. 2 AND 3).

FIRST USE 0-0-1925; IN COMMERCE 0-0-1965.

FOR: TABLECLOTHS NOT OF PAPER, BLANKETS, AND CLOTH FLAGS, IN CLASS 24 (U.S. CLS. 32, 42 AND 50).

FIRST USE 0-0-1925; IN COMMERCE 0-0-1965.

SER. NO. 74-208,934, FILED 10-1-1991.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                     U.S. REGISTRATION NO. 1,703,029

Int. Cls.: 9, 14 and 25

Prior U.S. Cls.: 14, 26, 28 and 39

## United States Patent and Trademark Office

Reg. No. 1,703,029
Registered July 28, 1992

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
DURHAM, NC 27706

FOR: DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 14 AND 26).
FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.
FOR: JEWELRY; NAMELY, NECKLACES, PINS, CUFF LINKS AND TIE TACKS, IN CLASS 14 (U.S. CL. 28).

FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.
FOR: JACKETS AND PANTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.

SER. NO. 74–208,328, FILED 9–30–1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR-NEY

### DUKE UNIVERSITY

**EXHIBIT 1**                  **U.S. REGISTRATION NO. 1,707,766**

**Int. Cls.: 6, 20 and 25**

**Prior U.S. Cls.: 13, 25, 32 and 39**

## United States Patent and Trademark Office

Reg. No. 1,707,766
Registered Aug. 18, 1992

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: KEY CHAINS MADE PRIMARILY OF METAL, IN CLASS 6 (U.S. CLS. 13 AND 25).
FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.
FOR: TABLES, IN CLASS 20 (U.S. CL. 32).
FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.

FOR: SCARVES, HATS, SOCKS, SHIRTS, SWEATERS AND PANTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 6–0–1971; IN COMMERCE 6–0–1971.

SER. NO. 74–209,067, FILED 9–30–1991.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

# DUKE UNIVERSITY

EXHIBIT 1                                   U.S. REGISTRATION NO. 1,737,968

Int. Cls.: 6, 11, 12, 14, 16, 18, 20, 21, 24, 25, 27 and 28
Prior U.S. Cls.: 2, 3, 13, 19, 21, 22, 25, 27, 28, 30, 32,
    37, 38, 39, 42 and 50                     Reg. No. 1,737,968

## United States Patent and Trademark Office    Registered Dec. 8, 1992

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: METAL LICENSE PLATES AND METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 13, 25 AND 50).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: LAMPS, IN CLASS 11 (U.S. CL. 21).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: AUTOMOBILE WINDSHIELD SUN-SHADES, IN CLASS 12 (U.S. CL. 19).
FIRST USE 10-0-1988; IN COMMERCE 10-0-1988.
FOR: WATCHES AND WOMEN'S JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: DECALS, PAPER FLAGS, NOTE PADS, AND WRITING PAPER, IN CLASS 16 (U.S. CLS. 37, 38 AND 50).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: TRUNKS FOR TRAVELING AND GYM BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: CHAIRS, PLASTIC FLAGS, AND JEWELRY CASES NOT OF PRECIOUS METAL, IN CLASS 20 (U.S. CLS. 2, 32 AND 50).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: CUPS, WASTEPAPER BASKETS, AND INSULATED CAN HOLDERS, IN CLASS 21 (U.S. CLS. 2 AND 30).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: CLOTH FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: HATS, SOCKS, PANTS, SHIRTS, SWEATSHIRTS, AND SWEATERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.
FOR: FLOOR MATS FOR HOUSEHOLD USE, IN CLASS 27 (U.S. CL. 50).

11

## DUKE UNIVERSITY

EXHIBIT 1

2                                  1,737,968

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: SPORTS BALLS AND BASKETBALL BACKBOARDS, IN CLASS 28 (U.S. CL. 22).

SER. NO. 74-209,062, FILED 9-30-1991.

THOMAS V. SHAW, EXAMINING ATTORNEY

## DUKE UNIVERSITY

# United States of America

## United States Patent and Trademark Office



Reg. No. 1,742,734

Registered Dec. 29, 1992

Amended Sep. 6, 2011

Int. Cls.: 6, 9, 14, 16, 20, 21, 25, 26 and 28

TRADEMARK

PRINCIPAL REGISTER

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION), 310 BLACKWELL STREET, 4TH FLOOR
DURHAM, NC 27710

FOR: METAL LICENSE PLATES, IN CLASS 6 (U.S. CL. 13).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: THERMOMETERS, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: WOMEN'S JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: DECALS AND STATIONERY, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: PLAQUES, CHAIRS, PLASTIC BOTTLE CAPS AND PLASTIC NOVELTY LICENSE PLATES, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: DRINKING GLASSES, CUPS, PITCHERS, SERVING TRAYS NOT OF PRECIOUS METAL, WASTE PAPER BASKETS AND INSULATED CAN HOLDERS, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: HATS, GOWNS, SHIRTS, AND JACKETS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.



Director of the United States Patent and Trademark Office

13

## DUKE UNIVERSITY

EXHIBIT 1

**Reg. No. 1,742,734** FOR: NEEDLEPOINT KITS COMPRISING FLOSS, FABRIC, NEEDLES, PHOTOGRAPHS OF EMBROIDERED DESIGN, NEEDLEPOINT PATTERN AND INSTRUCTIONS, OR SELECTED ONES OF SUCH ITEMS, IN CLASS 26 (U.S. CL. 50).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

FOR: SPORT BALLS, THROWING DISCS, GOLF CLUB COVERS AND CHRISTMAS STOCKINGS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

SER. NO. 74-208,937, FILED 10-1-1991.

## DUKE UNIVERSITY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,026,492

Registered Dec. 31, 1996

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION) DURHAM, NC 27706

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2–17–1995; IN COMMERCE 2–17–1995.

SER. NO. 74–693,793, FILED 6–27–1995.

MIDGE BUTLER, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                    U.S. REGISTRATION NO. 2,082,553

---

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**     Reg. No. 2,082,553

Registered July 22, 1997

### TRADEMARK
#### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

 FOR: BALLOONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11–12–1996; IN COMMERCE 11–12–1996.

 SN 75–976,141, FILED 6–28–1995.

MIDGE BUTLER, EXAMINING ATTORNEY

# DUKE UNIVERSITY

EXHIBIT 1                                U.S. REGISTRATION NO. 2,092,314

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,092,314

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: PENNANTS NOT OF PAPER, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11–22–1996; IN COMMERCE 11–22–1996.

SN 75–976,140, FILED 6–28–1995.

MIDGE BUTLER, EXAMINING ATTORNEY

## DUKE UNIVERSITY

Int. Cls.: 41 and 42

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,317,603

Registered Feb. 15, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

### DUKE

DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
OFFICE OF UNIVERSITY COUNSEL
011 ALLEN BUILDING
DURHAM, NC 27706

FOR: EDUCATIONAL SERVICES AND TEACHING HOSPITAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, WORK-SHOPS, CONFERENCES AND EXHIBITIONS, AND DISTRIBUTING COURSE MATERIALS THEREWITH, IN THE FIELD OF MEDICINE AND HEALTH CARE, AND CONDUCTING MEDICAL AND HEALTH CARE TRAINING IN THE USE OF MEDICAL AND HEALTH CARE DEVICES, ALL PROVIDED VIA LIVE SES-SIONS, INTERACTIVE AND/OR ON-LINE COMPUTER NETWORKS, TELEVISION, AND/OR VIDEO-CONFERENCING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1–0–1935; IN COMMERCE 1–0–1935.

FOR: PROVIDING HOSPITAL, MEDICAL, AND HEALTH CARE SERVICES; PROVIDING MEDICAL SERVICES DELIVERED BY MOBILE UNIT; CONDUCTING CLINICAL AND EXPERIMENTAL RESEARCH IN THE FIELDS OF HEALTH CARE AND MEDICINE; AND PROVIDING HEALTH-RELATED SUP-PORT GROUP SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–0–1935; IN COMMERCE 1–0–1935.

OWNER OF U.S. REG. NO. 2,203,764.

SER. NO. 75–347,293, FILED 8–26–1997.

STEVEN PEREZ, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                                 U.S. REGISTRATION NO. 2,820,854

Int. Cls.: 9, 14, 16, 21 and 25

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 26, 27, 28, 29, 30,
33, 36, 37, 38, 39, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,820,854

Registered Mar. 9, 2004

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NON-
PROFIT CORPORATION)
DURHAM, NC 27710

FOR: DECORATIVE MAGNETS, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-8-1996; IN COMMERCE 5-8-1996.

FOR: EARRINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 8-15-1988; IN COMMERCE 8-15-1988.

FOR: STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5,
22, 23, 29, 37, 38 AND 50).

FIRST USE 8-15-1988; IN COMMERCE 8-15-1988.

FOR: BEVERAGE GLASSES AND PORTABLE
COOLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30,
33, 40 AND 50).

FIRST USE 8-15-1988; IN COMMERCE 8-15-1988.

FOR: SHIRTS, SWEATSHIRTS AND UNDER-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-15-1988; IN COMMERCE 8-15-1988.

OWNER OF U.S. REG. NO. 1,741,140.

THE LINING IS FOR SHADING PURPOSES
ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-465,255, FILED 11-7-2002.

BILL DAWE, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                U.S. REGISTRATION NO. 3,157,222

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,157,222
Registered Oct. 17, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# DUKIE

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
DUKE UNIVERSITY & DUKE HEALTH SYSTEMS
POB 3024
DURHAM, NC 27710

FOR: CHILDREN'S WEAR, NAMELY, JACKETS, WIND JACKETS, WIND VESTS, UNDERGARMENTS, PANTS, SHORTS, SWEATERS, SWEAT PANTS, SWEAT SHIRTS, SPORTS JERSEYS, HEADWEAR, GLOVES, SLEEPWEAR, NECKWEAR, UNIFORMS, FOOTWEAR, DRESSES; INFANTS' WEAR, NAMELY, JACKETS, WIND JACKETS, WIND VESTS, UNDERGARMENTS, SHIRTS, PANTS, SHORTS, DRESSES, SKIRTS, HEADWEAR, FOOTWEAR, GLOVES, SLEEPWEAR, AND INFANTS'

CLOTH AND PLASTIC BIBS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-17-2002; IN COMMERCE 7-17-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,701,827, 2,026,492 AND OTHERS.

SER. NO. 78-674,480, FILED 7-20-2005.

SHARON MEIER, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                          U.S. REGISTRATION NO. 3,878,213



*United States of America*

*United States Patent and Trademark Office*



**Reg. No. 3,878,213**

**Registered Nov. 16, 2010**

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
310 BLACKWELL STREET, 4TH FLOOR
DURHAM, NC 27701

**Int. Cl.: 16**

FOR: DECALS, NOTE PADS, NOTE CARDS, WRITING PAPER, AND BINDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

**TRADEMARK**

FIRST USE 2-1-2010; IN COMMERCE 2-1-2010.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,703,446, 1,742,734, AND OTHERS.

SN 78-944,344, FILED 8-3-2006.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

21

## DUKE UNIVERSITY



### DUKE

**Reg. No. 3,936,096**

**Registered Mar. 29, 2011**

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
OFFICE OF COUNSEL
DURHAM, NC 27710

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, CLOTH AND PLASTIC BIBS, BOOTIES, CHEERLEADING COSTUMES, DRESSES, HATS, JACKETS, JERSEYS, MITTENS, NECKTIES, NIGHTSHIRTS, PAJAMAS, PANTS, PLAYSUITS, SHIRTS, SHOES, SHORTS, SLIPPERS, SOCKS, SUN VISORS, SWEATBANDS, SWEATPANTS, SWEATSHIRTS, SWEATERS, T-SHIRTS AND VESTS, AND HEADWEAR, NAMELY, EARBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1926; IN COMMERCE 0-0-1926.

OWNER OF U.S. REG. NOS. 1,702,830, 1,707,827, AND 2,026,492.

SER. NO. 75-567,914, FILED 10-8-1998.

MICHAEL W. BAIRD, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

## DUKE UNIVERSITY

EXHIBIT 1          U.S. REGISTRATION NO. 4,172,132



**Reg. No. 4,172,132**

**Registered July 10, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DUKE UNIVERSITY (NORTH CAROLINA NON-PROFIT CORPORATION)
310 BLACKWELL STREET, 4TH FLOOR
OFFICE OF COUNSEL
DURHAM, NC 27701

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, TOPS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

OWNER OF U.S. REG. NOS. 1,703,446, 1,742,734, AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDING "DUKE". A DESIGN OF THE SIDE OF A DEVIL'S HEAD APPEARS BETWEEN THE LETTERS "U" AND "K" IN "DUKE".

SN 78-944,306, FILED 8-3-2006.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

23

## DUKE UNIVERSITY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,274,183**

**Registered Jan. 15, 2013**

**Int. Cls.: 14 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DUKE UNIVERSITY (NORTH CAROLINA CORPORATION)
OFFICE OF COUNSEL
310 BLACKWELL STREET, 4TH FLOOR
DURHAM, NC 27701

FOR: RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1987; IN COMMERCE 1-1-1987.

FOR: HEADWEAR; TOPS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-2011; IN COMMERCE 3-1-2011.

OWNER OF U.S. REG. NOS. 1,701,827, 1,707,766 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED CAPITAL LETTER "D" SHOWN IN GOTHIC SCRIPT.

SER. NO. 85-447,767, FILED 10-14-2011.

MARC LEIPZIG, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

## DUKE UNIVERSITY

EXHIBIT 1                                U.S. REGISTRATION NO. 5,044,515

# United States of America

### United States Patent and Trademark Office



**Reg. No. 5,044,515**

**Registered Sep. 20, 2016**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Duke University (NORTH CAROLINA CORPORATION)
Office of Counsel
310 Blackwell Street, 4th Floor
Durham, NC 27701

CLASS 25: Athletic uniforms; Headwear; Shirts; Sweatshirts; Tops

FIRST USE 9-16-1967; IN COMMERCE 12-31-1969

CLASS 41: Organizing and conducting college sport competitions and athletic events

FIRST USE 9-16-1967; IN COMMERCE 9-16-1967

The mark consists of image of a devil face with outline.

SER. NO. 86-891,237, FILED 01-29-2016
GENE V J MACIOL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**DUKE UNIVERSITY**

**EXHIBIT 1**                                      **U.S. REGISTRATION NO. 5,335,576**

# United States of America

## United States Patent and Trademark Office

# DUKE

**Reg. No. 5,335,576**

**Registered Nov. 14, 2017**

**Int. Cl.: 6, 8, 9, 11, 12, 14, 16, 18, 20, 21, 22, 26, 27, 28**

**Trademark**

**Principal Register**

Duke University (NORTH CAROLINA non-profit corporation )
Office Of University Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 6: Metal novelty license plates; metal key holders

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

CLASS 8: Knives; hammers

FIRST USE 00-00-1984; IN COMMERCE 00-00-1984

CLASS 9: Decorative magnets; electric switch plates; computer cases; cases for telephones; headphones; computer storage devices, namely, blank flash drives; tape measures

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

CLASS 11: Lamps; refrigerators

FIRST USE 00-00-1984; IN COMMERCE 00-00-1984

CLASS 12: License plate holders; automobile windshield sunshades

FIRST USE 00-00-1988; IN COMMERCE 00-00-1988

CLASS 14: Jewelry; watches; clocks; ornamental pins

FIRST USE 00-00-1984; IN COMMERCE 00-00-1984

CLASS 16: Writing implements; letter openers; decals; temporary tattoo transfers; paper; calendars; clipboards; notebooks; correspondence cards; note cards; art pictures

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

CLASS 18: Luggage; luggage tags; key cases of leather or imitation leather; umbrellas; tote bags; backpacks; briefcases

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

CLASS 20: Chairs; non-metal novelty license plates; non-metal key holders; picture frames; pillows; wall plaques made of plastic or wood

FIRST USE 00-00-1984; IN COMMERCE 00-00-1984



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## DUKE UNIVERSITY

EXHIBIT 1                                          U.S. REGISTRATION NO. 5,335,576

CLASS 21: Cups; drinking glasses; wall plaques made of crystal or glass; coasters, not of paper and other than table linen; insulating sleeve holders for jars, bottles, or cans; bottle openers; bottle stoppers specially adapted for use with wine bottles

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

CLASS 22: Laundry bags; tents

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

CLASS 26: Buttons; ribbons; appliques

FIRST USE 00-00-1987; IN COMMERCE 00-00-1987

CLASS 27: Floor mats; rugs

FIRST USE 00-00-2003; IN COMMERCE 00-00-2003

CLASS 28: Balls for sports; play balls; backboards for basketball; golf club covers; golf club bags; cheerleading pom-poms; Christmas tree ornaments

FIRST USE 00-00-1984; IN COMMERCE 00-00-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3936096, 2122067, 2026492

SER. NO. 87-975,498, FILED 12-12-2016

27

**DUKE UNIVERSITY**

EXHIBIT 1                              U.S. REGISTRATION NO. 5,440,856



# BLUE DEVIL

**Reg. No. 5,440,856**

**Registered Apr. 10, 2018**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Duke University (NORTH CAROLINA CORPORATION)
Office Of Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 25: Clothing for men, women, children and infants, namely, tops, shirts, headwear, rompers and one-piece garments for children and infants, and sweatshirts

FIRST USE 10-4-1922; IN COMMERCE 10-4-1922

CLASS 41: Entertainment and educational services, namely, providing courses of instruction at the university level; arranging and conducting collegiate athletic competitions, collegiate athletic events, collegiate athletic tournaments, and collegiate athletic exhibitions; Entertainment in the nature of live marching band performances provided by an educational institution or for academic credit, at an educational institution or educational institution event

FIRST USE 10-4-1922; IN COMMERCE 10-4-1922

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-729,561, FILED 08-19-2015



Director of the United States
Patent and Trademark Office

**DUKE UNIVERSITY**

EXHIBIT 1     U.S. REGISTRATION NO. 5,440,857

# United States of America
### United States Patent and Trademark Office

# BLUE DEVILS

**Reg. No. 5,440,857**

**Registered Apr. 10, 2018**

**Corrected Apr. 29, 2025**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Duke University (NORTH CAROLINA NON-PROFIT CORPORATION)
Office of Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 41: Entertainment and educational services, namely, providing courses of instruction at the university level; arranging and conducting collegiate athletic competitions, collegiate athletic events, collegiate athletic tournaments, and collegiate athletic exhibitions; Entertainment in the nature of live marching band performances provided by an educational institution, or for academic credit at an educational institution or educational institution event

FIRST USE 10-4-1922; IN COMMERCE 10-4-1922

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1411286, 1411429

SER. NO. 86-729,565, FILED 08-19-2015





Acting Director of the United States Patent and Trademark Office



**DUKE UNIVERSITY**



United States Patent and Trademark Office

# DUKE

**Reg. No. 5,472,647**

**Registered May 22, 2018**

**Int. Cl.: 24**

**Trademark**

**Principal Register**

Duke University (NORTH CAROLINA non-profit corporation )
Office Of University Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 24: Table cloths not of paper; blanket throws; banners and flags of textile; felt pennants

FIRST USE 00-00-1965; IN COMMERCE 00-00-1965

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3936096, 2122067, 2026492

SER. NO. 87-265,122, FILED 12-12-2016



Director of the United States
Patent and Trademark Office

**DUKE UNIVERSITY**

# United States of America

### United States Patent and Trademark Office

# DUKE

**Reg. No. 5,568,287**

**Registered Sep. 25, 2018**

**Int. Cl.: 35, 36, 39, 41, 42, 43, 44, 45**

**Service Mark**

**Principal Register**

Duke University (NORTH CAROLINA non-profit corporation )
Office Of University Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 35: Retail store services, mail order services, and online retail store services featuring clothing, furniture, toys, sports equipment, housewares, jewelry, prints, decals, and memorabilia; Retail pharmacy services; Concession stands featuring food, drinks, and souvenirs; Forest management; Association services, namely, promoting interests of the alumni of a university

FIRST USE 00-00-1924; IN COMMERCE 00-00-1924

CLASS 36: Financial services, namely, checking account services, savings account services, and issuing of credit cards; Financial services, namely, processing of transactions related to debit and stored value cards, and issuing statements of account; electronic banking; ATM banking; charitable fundraising

FIRST USE 00-00-1968; IN COMMERCE 00-00-1968

CLASS 39: Transportation services, namely, providing shuttle services by bus; provision of car parking facilities

FIRST USE 00-00-1993; IN COMMERCE 00-00-1993

CLASS 41: Educational services, namely, providing courses of instruction and distance learning at the undergraduate, graduate and professional levels and distribution of course material in connection therewith; Educating at university or colleges; Medical training and teaching; Developing, arranging, and conducting educational conferences in the fields of science and the liberal arts; Providing speakers and lecturers in the fields of science and the liberal arts, live performances, fine art exhibitions, and live dramatic theater productions; Museum services; Promoting and administering amateur athletic programs and activities; Providing amusement, recreation, fitness and sports facilities; Operation of recreational and sports camps; Publishing of books, journals, magazines, and scientific papers; Library services; On-line academic library services; Providing a website featuring information in the fields of education and entertainment; Production of radio or television programs; Entertainment in the nature of football, baseball, golf, basketball, soccer, swimming, tennis, track, softball, volleyball, cross country, fencing, and lacrosse sports tournaments; Educational services, namely, conducting workshops and programs and providing internships in the field of civic engagement and public service and distribution of training material in connection therewith; On-line journals, namely, blogs featuring information regarding cultural immersion for community service projects and other volunteer programs; providing an on-line computer database in the field of university sports, social activities, educational events, entertainment, current events, arts, history; Educational services and teaching hospital



Director of the United States
Patent and Trademark Office

## DUKE UNIVERSITY

EXHIBIT 1                                        U.S. REGISTRATION NO. 5,568,287

services, namely, conducting classes, seminars, workshops, conferences and exhibitions, and distributing course materials therewith, in the field of medicine and health care, and conducting medical and health care training in the use of medical and health care devices; Education services, namely, classroom, laboratory, correspondence and home study instruction, vocational instruction, mentoring, tutoring, classes, seminars and workshops for intellectually gifted pre-college students in the fields of language arts, math and science and distribution of curricula course materials in connection therewith; Providing a website featuring information in the field of teaching academically gifted students; Research in the field of education; Education services, namely, training educators to teach academically gifted students and providing curricula in connection therewith; Entertainment services, namely, providing non-downloadable films and movies via a video-on-demand service; Botanical gardens

FIRST USE 00-00-1925; IN COMMERCE 00-00-1925

CLASS 42: medical research; conducting clinical trials for others; database design and development; design and testing for new product development; medical and optical laboratories; scientific research and development

FIRST USE 00-00-1996; IN COMMERCE 00-00-1996

CLASS 43: Hotel services; restaurant services; providing banquet and social function facilities for special occasions; provision of conference, exhibition and meeting facilities

FIRST USE 00-00-1933; IN COMMERCE 00-00-1933

CLASS 44: Health care; hospital services; medical services; nursing care; optician and optometry services; dispensing of pharmaceuticals; providing health and medical information

FIRST USE 00-00-1930; IN COMMERCE 00-00-1930

CLASS 45: Ministerial services; providing personal support services for families of patients, namely, companionship, help with medical forms, counseling and emotional support

FIRST USE 00-00-1935; IN COMMERCE 00-00-1935

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3936096, 2122067, 2026492

SER. NO. 87-530,381, FILED 07-17-2017

**DUKE UNIVERSITY**

EXHIBIT 1     U.S. REGISTRATION NO. 6,585,734

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,585,734**
**Registered Dec. 14, 2021**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Duke University (NORTH CAROLINA non-profit corporation )
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 25: Tops as clothing

FIRST USE 8-19-2016; IN COMMERCE 8-19-2016

The mark consists of the words "THE BROTHERHOOD" above a "D", all in stylized font, surrounded by a shield design covered in curved lines reminiscent of the seams of a basketball. In the center of the "D" is the graphical image of a basketball above a basketball net.

OWNER OF U.S. REG. NO. 1707766, 1703029

SER. NO. 88-722,538, FILED 12-11-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



## DUKE UNIVERSITY

EXHIBIT 1                                           U.S. REGISTRATION NO. 6,698,290

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,698,290**

**Registered Apr. 12, 2022**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Duke University  (NORTH CAROLINA non-profit corporation )
Office of Counsel, 4th Floor
310 Blackwell Street
Durham, NORTH CAROLINA 27710

CLASS 41: Entertainment in the nature of basketball games; Providing collegiate athletic and sporting events

FIRST USE 11-12-2016; IN COMMERCE 11-12-2016

The mark consists of the words "THE BROTHERHOOD" above a "D", all in stylized font, surrounded by a shield design covered in curved lines reminiscent of the seams of a basketball. In the center of the 'D' is the graphical image of a basketball above a basketball net.

OWNER OF U.S. REG. NO. 1707766, 1703029

SER. NO. 90-661,203, FILED 04-21-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



## DUKE UNIVERSITY

**EXHIBIT 1**                                        **U.S. REGISTRATION NO. 6,834,823**

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.15 15:50:43 -04'00"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,834,823**
**Registered Aug. 30, 2022**
**Int. Cl.: 16, 25, 35**
**Service Mark**
**Trademark**
**Principal Register**

Duke University  (NORTH CAROLINA non-profit corporation )
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 16: Decals

FIRST USE 5-9-2022; IN COMMERCE 5-9-2022

CLASS 25: Headwear; Bottoms as clothing; Tops as clothing

FIRST USE 11-24-2020; IN COMMERCE 11-24-2020

CLASS 35: Association services, namely, promoting the interests of veterans; Retail
store services featuring a wide variety of consumer goods of others

FIRST USE 11-12-2020; IN COMMERCE 11-12-2020

The mark consists of A design that features a trident with a tail at the end of its shaft
that is curled in a shape that resembles the letter "D" and terminates in a curved arrow
design.

SER. NO. 90-438,357, FILED 12-31-2020



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



## DUKE UNIVERSITY

**EXHIBIT 1**                                            **U.S. REGISTRATION NO. 6,925,725**

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.11.28 14:01:24 -05'00'

# United States of America

### United States Patent and Trademark Office



**Reg. No. 6,925,725**

**Registered Dec. 13, 2022**

**Int. Cl.: 16, 25, 35**

**Service Mark**

**Trademark**

**Principal Register**

Duke University (NORTH CAROLINA non-profit corporation )
4th Floor
310 Blackwell Street
Durham, NORTH CAROLINA 27701

CLASS 16: Decals

FIRST USE 5-9-2022; IN COMMERCE 5-9-2022

CLASS 25: Headwear; Bottoms as clothing; Tops as clothing

FIRST USE 9-2-2021; IN COMMERCE 9-2-2021

CLASS 35: Retail store services featuring a wide variety of consumer goods of others

FIRST USE 11-12-2020; IN COMMERCE 11-12-2020

The mark consists of A design that features a trident with an element at the top of its shaft that is curled in a shape that resembles the letter "D" and terminates in a curved arrow design.

SER. NO. 90-438,099, FILED 12-31-2020



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



### DUKE UNIVERSITY

EXHIBIT 1                                        U.S. REGISTRATION NO. 1,703,267

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,753,184**

**Registered Apr. 08, 2025**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Duke University  (North Carolina non-profit corporation)
Office of University Counsel
310 Blackwell Street, 4th Floor
Durham, NORTH CAROLINA 27701

CLASS 25: Hats; Shirts; Sweaters; Vests; Clothing jackets; Headwear, namely, caps; Polo shirts; Tops as clothing

FIRST USE 00-00-1988; IN COMMERCE 00-00-1988

The mark consists of a cartoon-like caped devil character swinging a golf club above his head.

SER. NO. 98-641,161, FILED 07-10-2024



Acting Director of the United States Patent and Trademark Office



**DUKE UNIVERSITY**

**EXHIBIT 1**                                    **U.S. REGISTRATION NO. 1,724,999**

Int. Cls.: 6, 8, 9, 12, 14, 15, 16, 18, 20, 21, 22, 24, 25, 26 and 28

Prior U.S. Cls.: 2, 10, 14, 19, 21, 22, 23, 26, 27, 28,
    30, 32, 33, 36, 37, 38, 39, 40, 41, 42 and 50

Reg. No. 1,724,999
**United States Patent and Trademark Office**  Registered Oct. 20, 1992

**TRADEMARK**
**PRINCIPAL REGISTER**



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: KEY RINGS MADE PRIMARILY OF METAL, AND METAL LICENSE TAGS, IN CLASS 6 (U.S. CL. 10).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: POCKET KNIVES, IN CLASS 8 (U.S. CL. 23).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: DECORATIVE MAGNETS, TELE-PHONES, DEVELOPED PHOTOGRAPHIC SLIDE TRANSPARENCIES, AND GRADUAT-ED RULERS, IN CLASS 9 (U.S. CLS. 14, 21 AND 26).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: AUTOMOBILE WINDOW SHADES, IN CLASS 12 (U.S. CL. 19).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: CUFF LINKS, WATCHES, AND CLOCKS, IN CLASS 14 (U.S. CLS. 27 AND 28).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: MUSICAL INSTRUMENTS; NAMELY, HAND BELLS, IN CLASS 15 (U.S. CL. 36).
    FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

FOR: BUSINESS CARD HOLDERS, PENS, PENCILS, SETS CONTAINING PENS AND PENCILS, DESK TOP ACCESSORIES; NAMELY, PENS, PENCILS, PEN AND PENCIL SETS, BLOTTERS, PAPERWEIGHTS AND DESK TOP CALENDARS, PAPERWEIGHTS, BOOK ENDS, STATIONERY, PLAYING

# DUKE UNIVERSITY

EXHIBIT 1                                        U.S. REGISTRATION NO. 1,724,999

2                              1,724,999

CARDS, PAPER NAPKINS, CARDBOARD GIFT BOXES, PAPER BAGS, DECALS, STICKERS, FILLER PAPER, NOTEPADS, NOTEBOOKS, CLIPBOARDS, STATIONERY TYPE PORTFO- LIOS, MEMORANDUM BOARDS, CALEN- DARS, ADDRESS BOOKS, PAPER COIN HOLD- ERS, AND PAPER DIPLOMA CASES, IN CLASS 16 (U.S. CLS. 22, 32, 37, 38 AND 50).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: UMBRELLAS, IN CLASS 18 (U.S. CL. 41).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: PLAQUES, PILLOWS, PLASTIC NOV- ELTY LICENSE PLATES, AND CHAIRS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: WOODEN SERVING TRAYS, CUPS, BEVERAGE GLASSES, MUGS, INSULATED BEVERAGE HOLDERS, DECORATIVE JARS NOT OF PRECIOUS METAL, VASES, COAST- ERS, COASTER RACKS, JEWELRY BOXES, SERVING TRAYS NOT MADE OF WOOD ALSO NOT MADE OF PRECIOUS METAL, AND SOAP DISHES, IN CLASS 21 (U.S. CLS. 2, 30, 33 AND 50).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: LAUNDRY BAGS, AND PLASTIC BAGS FOR SECURING VALUABLES, IN CLASS 22 (U.S. CL. 2).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: PENNANTS NOT OF PAPER, BLAN- KETS, TABLECLOTHS NOT OF PAPER, AND TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: NECKTIES, SHIRTS, PANTS, AND SWEATERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: BUTTONS FOR CLOTHING, FABRIC APPLIQUES, AND NEEDLEPOINT KITS CON- SISTING OF ONE OR MORE OF SKEINS OF FLOSS, FABRIC, NEEDLE, PHOTO OF COM- PLETED DESIGN, NEEDLEPOINT PATTERN AND INSTRUCTIONS, IN CLASS 26 (U.S. CLS. 40 AND 50).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

FOR: BOARD GAMES AND CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 2–0–1966; IN COMMERCE 2–0–1966.

THE ENGLISH TRANSLATION OF THE WORDS "ERUDITIO ET RELIGIO" IN THE MARK IS "EDUCATION AND RELIGION".

SER. NO. 74–209,059, FILED 9–30–1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR- NEY

### DUKE UNIVERSITY

Int. Cls.: 16, 20 and 25

Prior U.S. Cls.: 32, 38 and 39

Reg. No. 1,703,267

**United States Patent and Trademark Office**  Registered July 28, 1992

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: PAPER IDENTIFICATION TAGS AND DECALS, IN CLASS 16 (U.S. CL. 38).
FIRST USE 9–0–1982; IN COMMERCE 9–0–1982.

FOR: PLAQUES AND CHAIRS, IN CLASS 20 (U.S. CL. 32).

FIRST USE 9–0–1982; IN COMMERCE 9–0–1982.

FOR: PANTS, SHIRTS AND JACKETS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1982; IN COMMERCE 9–0–1982.

SER. NO. 74–209,061, FILED 9–30–1991.

THOMAS V. SHAW, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                          U.S. REGISTRATION NO. 1,703,433

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**   Reg. No. 1,703,433
Registered July 28, 1992

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: PANTS AND UNDERWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1982; IN COMMERCE 9-0-1982.

SER. NO. 74-209,060, FILED 9-30-1991.

THOMAS V. SHAW, EXAMINING ATTORNEY

## DUKE UNIVERSITY

EXHIBIT 1                                   U.S. REGISTRATION NO. 2,122,067

Int. Cls.: 16 and 21

Prior U.S. Cls.: 2, 5, 13, 22, 23, 29, 30, 33, 37, 38, 40, and 50

Reg. No. 2,122,067

**United States Patent and Trademark Office**     Registered Dec. 16, 1997

### TRADEMARK
### PRINCIPAL REGISTER



DUKE UNIVERSITY (NORTH CAROLINA NONPROFIT CORPORATION)
DURHAM, NC 27706

FOR: DECALS, STICKERS, STATIONERY, AND NOTE PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11–5–1996; IN COMMERCE 11–5–1996.

FOR: DRINKING GLASSES, CUPS, AND MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11–6–1996; IN COMMERCE 11–6–1996.

OWNER OF U.S. REG. NOS. 2,026,492, 2,082,553, AND 2,092,314.

SN 74–694,684, FILED 6–28–1995.

MIDGE BUTLER, EXAMINING ATTORNEY